PEB: USAO 2013R00431

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
2015 JAN -6 PM 1:54
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-15-01 |
| v. | (False Statement and Fraud to Obtain Federal Employees' Compensation, |
| LORI A. PARRY, | 18 U.S.C. § 1920) |
| Defendant. | |

## INFORMATION

The United States Attorney for the District of Maryland charges that:

From at least about March 2012 until on or about June 1, 2013, in the District of Maryland, the defendant,

### LORI A. PARRY,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made false, fictitious and fraudulent statements, and made and used a false statement and report knowing the same to contain false, fictitious and fraudulent information in connection with the application for and receipt of compensation and other benefit and payment, in an amount exceeding $1,000, under subchapter I of chapter 81 of Title 5 of the United States Code.

18 U.S.C. § 1920

_____
Rod J. Rosenstein
United States Attorney

Date: January 5, 2015

1